IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOSEPH WILSON,                        )
                                      )
            Plaintiff,                )   2:09-cv-02077-GEB-DAD
                                      )
      v.                              )   ORDER*
                                      )
BRADSHAW CONSULTING SERVICES, INC.;   )
TONY L. BRADSHAW,                     )
                                      )
            Defendants.               )
                                      )
```

On August 4, 2009 Defendant Tony L. Bradshaw ("Bradshaw") filed a motion to dismiss Plaintiff's Complaint against him under Federal Rule of Civil Procedure ("Rule") 12(b)(2) for lack of personal jurisdiction. On August 31, 2009 Plaintiff filed a statement of non-opposition to this motion. Also on August 4, 2009 Bradshaw and Defendant Bradshaw Consulting Services, Inc. filed a motion to dismiss Plaintiff's second, third, fifth, and sixth claims under Rule 12(b)(6) for failure to state a claim upon which relief can be granted. On August 31, 2009 Plaintiff filed a statement of non-opposition to this motion. Since each motion is unopposed, each motion is granted.

Dated: September 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

* This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1