IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOSEPH WILSON,                        )
                                      )
            Plaintiff,                )   2:09-cv-02077-GEB-DAD
                                      )
      v.                              )   ORDER AMENDING THE SEPTEMBER
                                      )   10, 2009 ORDER
BRADSHAW CONSULTING SERVICES, INC.,   )
a South Carolina Corporation; TONY    )
L. BRADSHAW, an individual,           )
                                      )
            Defendants.               )
                                      )
```

        On November 24, 2009, the parties filed a Stipulation regarding the September 10, 2009, Order ("Order") filed in this case, which granted the Defendants' motions to dismiss.  The parties state in the Stipulation that the Order "[a]s it is presently worded . . . may imply incorrectly that Plaintiff's second, third and sixth claims were dismissed as to both [Defendants]" when "Defendants requested that the Court dismiss Plaintiff's second, third, and sixth claims against Defendant Tony Bradshaw only."  (Stip. 2:18-22.)  Lines 17 through 20 of the Order are amended as follows in accordance with the parties' stipulation:

        Also on August 4, 2009[,] Bradshaw and Defendant
        Bradshaw Consulting Services, Inc. filed a motion

1

       under Rule 12(b)(6) to dismiss Plaintiff's second, third and sixth claims for relief against Defendant Tony Bradshaw and Plaintiff's fifth claim for relief against Defendant Tony Bradshaw and Defendant Bradshaw Consulting Services, Inc. for failure to state a claim upon which relief can be granted.

(Stip. 2:27-3:3.)

Dated:  April 23, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge