1  THOMAS S. KNOX (SBN 73384)
   STEPHEN J. BYERS (SBN 245607)
2  KNOX, LEMMON, ANAPOLSKY & SCHRIMP, LLP
   300 Capitol Mall, Suite 1125
3  Sacramento, CA 95814
   tknox@klalawfirm.com
4  T: (916) 498-9911
   F: (916) 498-9991
5
   ANTHONY J. GARAFOLA (SBN 155025)
6  THE LAW OFFICE OF ANTHONY J. GARAFOLA
   2625 Fair Oaks Blvd., Suite 7
7  Sacramento, CA 95864
   agarafola@sacbusinesslaw.com
8  T: (916) 481-7777
   F: (916) 481-7776
9
   Attorneys for Plaintiff
10 JOSEPH WILSON

11

12 TORY E. GRIFFIN (SBN 186181)
   DOWNEY BRAND, LLP
13 621 Capitol Mall, 18th Floor
   Sacramento, CA 95814
14 tgriffin@downeybrand.com
   T: (916) 444-1000
15 F: (916) 444-2100

16 Attorney for Defendant
   BRADSHAW CONSULTING SERVICES, INC.

17

18                **UNITED STATES DISTRICT COURT**

19                **EASTERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| JOSEPH WILSON, an individual, | Case No.2:09-CV-02077-GEB-DAD |
| Plaintiff, | **STIPULATION & ORDER REGARDING DISCOVERY CUT-OFF DATE** |
| vs. | |
| BRADSHAW CONSULTING SERVICES, INC., a South Carolina Corporation; TONY L. BRADSHAW, an individual; and DOES 1 through 20, inclusive, | Complaint Filed:  June 24, 2009<br>Trial Date:  January 25, 2011 |
| Defendants. | |

Plaintiff JOSEPH WILSON and Defendant BRADSHAW CONSULTING SERVICES, INC., by and through their respective counsel of record, hereby enter into this Stipulation with reference to the following facts:

1. On October 7, 2009, the court entered a Status (Pretrial Scheduling) Order.  In that Order, the court stated that "[a]ll discovery shall be completed by June 30, 2010."
2. On June 21, 2010, the parties agreed in principle to settlement of all claims pending in this lawsuit.  A formal settlement agreement has been prepared and is being circulated for signatures, and the parties expect to be able to file a dismissal with prejudice within ten (10) to fifteen (15) court days.
3. To avoid prejudice to the parties in the event the settlement is not completed for whatever reason, the parties wish, and hereby agree to, extend the discovery cut-off deadline until August 31, 2010.

**SO STIPULATED:**

Dated:  June 23, 2010

          KNOX, LEMMON, ANAPOLSKY & SCHRIMP, LLP


          By:___/s/ Stephen J. Byers_____
               STEPHEN J. BYERS
               Attorney for Plaintiff JOSEPH WILSON

Dated:  June 23, 2010

          DOWNEY BRAND, LLP


          By:___/s/  Tory E. Griffin_____
               TORY E. GRIFFIN
               Attorney for Defendant BRADSHAW
               CONSULTING SERVICES, INC.

**IT IS SO ORDERED**

Dated:  June 25, 2010

          GARLAND E. BURRELL, JR.
          United States District Judge